# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Anthony Williams,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:11-cv-443

Rick F. Hetzel,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 3, 2012 Order.

Signed: July 3, 2012

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court