# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Anthony Williams,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:11-cv-443

Rick F. Hetzel,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 3, 2012 Order.

    Signed: July 3, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court